## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER CONWAY,        :        Civil No. 3:24-cv-427

            Plaintiff         :        (Judge Mariani)

v.                            :

SUPERINTENDENT RIVELLO, *et al.*,   :

            Defendants     :

## ORDER

**AND NOW**, this _____ day of July, 2026, upon consideration of Defendants' motion (Doc. 83) for summary judgment, and in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 83) is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** as to the Eighth Amendment conditions of confinement claim against Defendants Rivello, Wakefield, Winnick, Renninger, and Wendle. Defendants Rivello, Wakefield, Winnick, Renninger, and Wendle are also entitled to qualified immunity on the Eighth Amendment conditions of confinement claim and the motion is **GRANTED** in this regard. Entry of judgment is deferred pending further Order of Court.

3. The motion is **DENIED** as to the Eighth Amendment vulnerability to suicide claim against Defendants Winnick and Renninger. Because qualified immunity does not preclude liability on the Eighth Amendment vulnerability to suicide claim, the motion is **DENIED** in this respect.

4.  Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(g).

Robert D. Mariani
United States District Judge